IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STANFORD FOWLER, | § | |
| | § | No. 95, 2015 |
| Plaintiff Below-Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| STATE OF DELAWARE, | § | C.A. No.: 14A-01-001 |
| | § | |
| Defendant Below-Appellee. | § | |

Submitted: September 30, 2015
Decided: October 2, 2015

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

On this 2nd day of October 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion and Order dated January 28, 2015.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice